| | |
|---|---|
| 1 | DORIS A. KAELIN |
| 2 | P.O. BOX 1582<br>SANTA CRUZ, CA 95061 |
| 3 | TELEPHONE: (831) 600-8093<br>dktrustee@gmail.com |
| 4 | CHAPTER 7 TRUSTEE |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>STERLING PEAK, LLC,<br><br>Debtor. | ) Case No. 16-53243-MEH<br>)<br>) Chapter 7<br>)<br>) **REPORT OF SALE OF REAL**<br>) **PROPERTY: 1707 Ringwood Ave.,**<br>) **San Jose, California**<br>) (F.R.B.P. 6004(f))<br>) |

    Doris A. Kaelin, Trustee in bankruptcy of the estate of the above-named Debtor, respectfully represents:

    1. The real property located at 1707 Ringwood Avenue, San Jose, California ("Real Property") is an undeveloped lot.

    2. The notice of hearing on the Trustee's motion to sell the Real Property was filed with the Court on June 29, 2017 [Dkt. 147]. The notice was mailed to creditors on June 29, 2017 [See Certificate of Service, Dkt. 147-1].

    3. Following a hearing held on July 20, 2017, the court entered its Order approving the sale to NPI Debt Fund I, LP ("Buyer") for a gross purchase price of $1,305,000 ["Sale Order", Dkt. 157].

    4. A separate notice of hearing on the Trustee's motion to authorize a compromise of controversy with NPI Debt Fund I, LP; Arch Loans SPE, LLC; NPI Debt Fund II, LP; and Arch

-1-

CBT SPE, LLC was filed with the Court on June 23, 2017 [Dkt. 139]. The notice was mailed to creditors on June 23, 2017 [Dkt. 139-1]. Following a hearing held on July 20, 2017, the court entered its Order authorizing the compromise of controversy ("Compromise Order", Dkt. 154).

5. Trustee received the net sale proceeds for the sale of the Real Property in the total amount of $246,079 from Cornerstone Title Company via wire transfer on August 5, 2017.

6. The costs of sale, including broker fees and property taxes, were lower than the estimated $88,299.30 funded by Buyer, in the amount of $19,983.31. Pursuant to the Sale Order, and the underlying agreement approved by the Compromise Order, the excess amount was split between the estate and the Buyer. Trustee received a separate wire transfer from Cornerstone Title Company on August 5, 2017 in the amount of $9,991.65.

7. A true and correct copy of the Final Settlement Statement is attached to this report as Exhibit "A".

DATED: August 5, 2017

By: */s/ Doris A. Kaelin*
DORIS A. KAELIN,
Trustee in Bankruptcy