DORIS A. KAELIN
P.O. BOX 1582
SANTA CRUZ, CA 95061
TELEPHONE: (831) 600-8093
dktrustee@gmail.com

CHAPTER 7 TRUSTEE

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In Re:

STERLING PEAK, LLC,

    Debtor.

) Case No. 16-53243-MEH
)
) Chapter 7
)
) **REPORT OF SALE OF REAL**
) **PROPERTY: 1123 Versailles Ave.,**
) **Alameda, California**
) (F.R.B.P. 6004(f))
)

    Doris A. Kaelin, Trustee in bankruptcy of the estate of the above-named Debtor, respectfully represents:

    1. The real property located at 1123 Versailles Ave., Alameda, California ("Real Property") is a single family residence.

    2. The notice of hearing on the Trustee's motion to sell the Real Property was filed with the Court on June 23, 2017 [Dkt. 136]. The notice was mailed to creditors on June 23, 2017 [See Certificate of Service, Dkt. 137-1].

    3. Following a hearing held on July 20, 2017, the court entered its Order approving the sale to Shirley Suli Xie ("Buyer") for a gross purchase price of $770,000 ["Sale Order", Dkt. 153].

    4. A separate notice of hearing on the Trustee's motion to authorize a compromise of controversy with NPI Debt Fund I, LP; Arch Loans SPE, LLC; NPI Debt Fund II, LP; and Arch CBT SPE, LLC was filed with the Court on June 23, 2017 [Dkt. 139]. The notice was mailed to

-1-

creditors on June 23, 2017 [Dkt. 139-1].  Following a hearing held on July 20, 2017, the Court entered its Order authorizing the compromise of controversy ("Compromise Order", Dkt. 154).

5. Pursuant to the Sale Order, and the underlying agreement approved by the Compromise Order, NPI Debt Fund I, LP was paid 50% of the net proceeds from escrow.

6. Trustee received 50% of the net sale proceeds for the sale of the Real Property in the amount of $53,877.81 from Cornerstone Title Company via wire transfer on August 15, 2017.

7. A true and correct copy of the Final Settlement Statement is attached to this report as Exhibit "A".

DATED: August 15, 2017

By: */s/ Doris A. Kaelin*
DORIS A. KAELIN,
Trustee in Bankruptcy

-2-