# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

In re: STERLING PEAK, LLC         §   Case No. 16-53243-MEH
                                                    §
                                                      §
Debtor(s)                              §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Doris A. Kaelin, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned: $3,547,857.23              Assets Exempt: N/A
(without deducting any secured claims)

Total Distribution to Claimants: $6,970,105.18    Claims Discharged
                                                   Without Payment: N/A

Total Expenses of Administration: $501,528.36
```

3) Total gross receipts of $ 7,529,837.81 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 58,204.27 (see **Exhibit 2**), yielded net receipts of $7,471,633.54 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $3,041,903.32 | $6,533,216.06 | $6,533,216.06 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 501,528.36 | 501,528.36 | 501,528.36 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 3.38 | 3.38 | 3.38 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 402,204.83 | 5,115,496.51 | 4,875,496.51 | 436,885.74 |
| **TOTAL DISBURSEMENTS** | $402,204.83 | $8,658,931.57 | $11,910,244.31 | $7,471,633.54 |

4) This case was originally filed under Chapter 11 on November 15, 2016 and it was converted to Chapter 7 on February 10, 2017. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/05/2018     By: /s/Doris A. Kaelin
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1123 Versailles Ave., Alameda | 1110-000 | 770,098.63 |
| 13 Locke Way, Scotts Valley | 1110-000 | 910,000.00 |
| 1707 Ringwood Ave, San Jose | 1110-000 | 1,305,000.00 |
| 390 Floyd Street, San Jose | 1110-000 | 1,455,000.00 |
| 835 Dry Creek Road, SJ | 1110-000 | 1,200,000.00 |
| 2509 Lansford, San Jose | 1110-000 | 1,875,000.00 |
| Wells Fargo DIP account | 1290-000 | 117.12 |
| Refund re pre-petition eviction (re Locke) | 1229-000 | 325.00 |
| Settlement re sharing of overfunded sale costs | 1249-000 | 14,102.13 |
| Refund from San Lorenzo Valley Water District | 1221-000 | 117.03 |
| Refund County of Santa Cruz Tax Collector | 1224-000 | 77.90 |
| **TOTAL GROSS RECEIPTS** | | **$7,529,837.81** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Cornerstone Title Company | Excess funding amount to Buyer per agreement | 8500-002 | 9,991.66 |
| Cornerstone Title Company | Excess funding amount to estate per agreement (see Asset #16) | 8500-002 | 9,991.65 |
| Cornerstone Title Company | Excess buyer funding amount, 1/2 refunded to buyer per agmt | 8500-002 | 4,110.48 |
| Cornerstone Title Company | Excess buyer funding amount to estate (see Asset 16) | 8500-002 | 4,110.48 |
| Cornerstone Title Company | Credit to buyer per settlment (Order Dkt 156) | 8500-002 | 30,000.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES | | | | | $58,204.27 |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Alameda County Tax Collector | 4110-000 | N/A | 12,872.50 | 14,525.45 | 14,525.45 |
| 4 -2 | David and Abigail Setti | 4110-000 | N/A | | 0.00 | 0.00 |
| 6S | Robert C. Tager | 4110-000 | N/A | 360,000.00 | 0.00 | 0.00 |
| 8 | Mark East | 4110-000 | N/A | 196,179.10 | 214,872.76 | 214,872.76 |
| 11 | Arch Loans SPE, LLC | 4110-000 | N/A | | 1,097,008.57 | 1,097,008.57 |
| 12 | Arch Loans SPE, LLC | 4110-000 | N/A | | 0.00 | 0.00 |
| 13 | Arch Loans SPE, LLC | 4110-000 | N/A | | 1,272,040.00 | 1,272,040.00 |
| 14 | Arch CBT SPE, LLC | 4110-000 | N/A | | 708,687.42 | 708,687.42 |
| 15 | Arch CBT SPE, LLC | 4110-000 | N/A | | 515,794.56 | 515,794.56 |
| 16 | NPI Debt Fund II, LP | 4110-000 | N/A | | 0.00 | 0.00 |
| 17 | NPI Debt Fund I, LP | 4110-002 | N/A | | 237,435.58 | 237,435.58 |
| | Cornerstone Title Company | 4110-002 | N/A | 719,542.47 | 719,542.47 | 719,542.47 |
| | Cornerstone Title Company | 4110-002 | N/A | 251,079.00 | 251,079.00 | 251,079.00 |
| | Cornerstone Title Company | 4700-000 | N/A | 25,063.78 | 25,063.78 | 25,063.78 |
| | Cornerstone Title Company | 4110-002 | N/A | 1,194,674.18 | 1,194,674.18 | 1,194,674.18 |
| | Cornerstone Title Company | 4110-002 | N/A | 94,000.00 | 94,000.00 | 94,000.00 |
| | Cornerstone Title Company | 4700-000 | N/A | 21,584.86 | 21,584.86 | 21,584.86 |
| | Cornerstone Title Company | 4110-000 | N/A | 87,009.44 | 87,009.44 | 87,009.44 |
| | Cornerstone Title Company | 4700-000 | N/A | 33,618.48 | 33,618.48 | 33,618.48 |
| | Cornerstone Title Company | 4700-000 | N/A | 10,869.88 | 10,869.88 | 10,869.88 |
| | Cornerstone Title Company | 4120-000 | N/A | 977.05 | 977.05 | 977.05 |
| | Cornerstone Title company | 4700-000 | N/A | 34,432.58 | 34,432.58 | 34,432.58 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $3,041,903.32 | $6,533,216.06 | $6,533,216.06 |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Doris A. Kaelin | 2100-000 | N/A | 179,615.70 | 179,615.70 | 179,615.70 |
| Trustee Expenses - Doris A. Kaelin | 2200-000 | N/A | 215.66 | 215.66 | 215.66 |
| Attorney for Trustee Fees (Trustee Firm) - Gordon & Rees LLP | 3110-000 | N/A | 73,980.00 | 73,980.00 | 73,980.00 |
| Attorney for Trustee Expenses (Trustee Firm) - Gordon & Rees LLP | 3120-000 | N/A | 1,464.03 | 1,464.03 | 1,464.03 |
| Other - Kokjer, Pierotti, Maiocco & Duck LLP | 3410-000 | N/A | 9,210.00 | 9,210.00 | 9,210.00 |
| Other - Kokjer, Pierotti, Maiocco & Duck LLP | 3420-000 | N/A | 40.80 | 40.80 | 40.80 |
| U.S. Trustee Quarterly Fees - Office of the United States Trustee | 2950-000 | N/A | 650.00 | 650.00 | 650.00 |
| Other - FRANCHISE TAX BOARD (ADMINISTRATIVE) | 2820-000 | N/A | 900.11 | 900.11 | 900.11 |
| Other - International Sureties, Ltd | 2300-000 | N/A | 230.72 | 230.72 | 230.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Cornerstone Title Company | 3510-000 | N/A | 32,625.00 | 32,625.00 | 32,625.00 |
| Other - Cornerstone Title Company | 2500-000 | N/A | 10,119.95 | 10,119.95 | 10,119.95 |
| Other - Cornerstone Title Company | 2820-000 | N/A | 507.49 | 507.49 | 507.49 |
| Other - Cornerstone Title Company | 3510-000 | N/A | 36,375.00 | 36,375.00 | 36,375.00 |
| Other - Cornerstone Title Company | 2500-000 | N/A | 10,986.00 | 10,986.00 | 10,986.00 |
| Other - Cornerstone Title Company | 2420-000 | N/A | 159.00 | 159.00 | 159.00 |
| Other - Cornerstone Title Company | 3510-000 | N/A | 38,500.00 | 38,500.00 | 38,500.00 |
| Other - Cornerstone Title Company | 2420-000 | N/A | 743.98 | 743.98 | 743.98 |
| Other - Cornerstone Title Company | 2500-000 | N/A | 5,670.95 | 5,670.95 | 5,670.95 |
| Other - Cornerstone Title Company | 3510-000 | N/A | 7,500.00 | 7,500.00 | 7,500.00 |
| Other - Cornerstone Title Company | 2820-000 | N/A | 2,620.93 | 2,620.93 | 2,620.93 |
| Other - Cornerstone Title Company | 2500-000 | N/A | 9,627.20 | 9,627.20 | 9,627.20 |
| Other - Cornerstone Title Company | 3510-000 | N/A | 22,750.00 | 22,750.00 | 22,750.00 |
| Other - Cornerstone Title Company | 2820-000 | N/A | 1,171.92 | 1,171.92 | 1,171.92 |
| Other - Cornerstone Title Company | 2500-000 | N/A | 3,429.95 | 3,429.95 | 3,429.95 |
| Other - Cornerstone Title Company | 2420-000 | N/A | 744.75 | 744.75 | 744.75 |

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 728.44 | 728.44 | 728.44 |
| Other - Cornerstone Title company | 3510-000 | N/A | 30,000.00 | 30,000.00 | 30,000.00 |
| Other - Cornerstone Title company | 2500-000 | N/A | 7,406.95 | 7,406.95 | 7,406.95 |
| Other - Cornerstone Title company | 2820-000 | N/A | 3,336.38 | 3,336.38 | 3,336.38 |
| Other - Cornerstone Title company | 2420-000 | N/A | 5,000.00 | 5,000.00 | 5,000.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 972.54 | 972.54 | 972.54 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,084.93 | 1,084.93 | 1,084.93 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,015.56 | 1,015.56 | 1,015.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 980.36 | 980.36 | 980.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,114.06 | 1,114.06 | 1,114.06 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $501,528.36 | $501,528.36 | $501,528.36 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David and Abigail Setti | 6990-000 | N/A | 0.00 | 0.00 | 0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | City of San Jose, Finance Department | 5800-000 | N/A | 3.38 | 3.38 | 3.38 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $3.38 | $3.38 | $3.38 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | The Law Offices of Todd Rothbard | 7100-000 | 5,030.00 | 5,985.00 | 5,985.00 | 536.63 |
| 5 | The Beekman Group, Inc. dba Saratoga Builders | 7100-000 | N/A | 20,221.13 | 20,221.13 | 1,813.08 |
| 6U | Robert C. Tager | 7100-000 | N/A | 240,000.00 | 0.00 | 0.00 |
| 7 | Bjork Construction Co., Inc. | 7100-000 | 9,240.00 | 9,240.00 | 9,240.00 | 828.48 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | Lindy Roofing Co., Inc. | 7100-000 | N/A | 3,050.00 | 3,050.00 | 273.47 |
| 10 | Hua Cheng | 7100-000 | N/A | 85,304.11 | 85,304.11 | 7,648.57 |
| 17U | NPI Debt Fund I, LP | 7100-000 | 0.00 | 4,676,648.32 | 4,676,648.32 | 419,319.62 |
| 18 | Livewire Electric Services Inc. | 7100-000 | 8,380.06 | 8,380.06 | 8,380.06 | 751.38 |
| 19 | Lourenco Construction | 7100-000 | 9,250.00 | 9,250.00 | 9,250.00 | 829.38 |
| 20 | World Class Drywall, Inc. | 7100-000 | 4,160.00 | 4,160.00 | 4,160.00 | 373.00 |
| 21 | Jorge Brasil | 7100-000 | 12,050.00 | 12,050.00 | 12,050.00 | 1,080.43 |
| 22 | Maximum Construction Inc. | 7100-000 | 36,752.69 | 32,898.50 | 32,898.50 | 2,949.76 |
| 23 | Smart Roots Landscape and Gardening | 7100-000 | 2,975.00 | 5,375.00 | 5,375.00 | 481.94 |
| 26 | City of San Jose, Finance Department | 7200-000 | 1,747.19 | 2,259.93 | 2,259.93 | 0.00 |
| 27 | Greenwaste Recovery | 7200-000 | 496.89 | 674.46 | 674.46 | 0.00 |
| NOTFILED | South Bay Showers | 7100-000 | 2,626.00 | N/A | N/A | 0.00 |
| NOTFILED | Eagle Home Loans | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sing Sing Construction | 7100-000 | 5,590.00 | N/A | N/A | 0.00 |
| NOTFILED | Ground Zero Construction Co., Inc. | 7100-000 | 300,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Associated Design | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Kal Glass Shop, Inc. | 7100-000 | 834.00 | N/A | N/A | 0.00 |
| NOTFILED | Jefferey B. Hare, Esq. | 7100-000 | 1,073.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$402,204.83** | **$5,115,496.51** | **$4,875,496.51** | **$436,885.74** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-53243-MEH  
**Case Name:** STERLING PEAK, LLC

**Trustee:** (001750) Doris A. Kaelin  
**Filed (f) or Converted (c):** 02/10/17 (c)  
**§341(a) Meeting Date:** 03/02/17  

**Period Ending:** 07/05/18

**Claims Bar Date:** 07/14/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo Bank checking<br>Funds on hand on petition date deposited into DIP account<br>(see Asset #13) | 2.57 | 2.57 | | 0.00 | FA |
| 2 | Wells Fargo Bank overdraft savings account<br>See Assets #1, 13 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | 1123 Versailles Ave., Alameda<br>7-26-17 order approving sale (Dkt 153)<br>8-11-17 confirmation of closing; cancel water and electrical service<br>8-15-17 Report of Sale (Dkt. 168)<br>2-8-18 update per amended HUD-1 to include refund of $98.63 in overpaid interest to<br>lienholder Hua Cheng; Amended Report of Sale (Dkt. 217) | 621,739.27 | 38,092.00 | | 770,098.63 | FA |
| 4 | 13 Locke Way, Scotts Valley<br>7-26-17 order approving sale (Dkt 152)<br>8-11-17 Electrical service account closed<br>8-17-17 Report of Sale (Dkt. 172) | 850,685.67 | 202,160.00 | | 910,000.00 | FA |
| 5 | 1707 Ringwood Ave, San Jose<br>7-26-17 order approving sale<br>8-5-17 Report of Sale (Dkt. 163) | 1,628,226.28 | 796,930.28 | | 1,305,000.00 | FA |
| 6 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 7 | 390 Floyd Street, San Jose<br>7-26-17 Order approving sale (Dkt 155)<br>8-5-17 Report of Sale filed (Dkt 162) | 1,316,230.96 | 46,875.96 | | 1,455,000.00 | FA |
| 8 | 0 Union Ave/835 Dry Creek Rd, SJ<br>Vacant lot; APN 412-26-028; Also referred to as Lot C<br>Liens exceed value; No equity for creditors | 1,210,137.45 | 0.00 | OA | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-53243-MEH  
**Case Name:** STERLING PEAK, LLC  

**Trustee:** (001750) Doris A. Kaelin  
**Filed (f) or Converted (c):** 02/10/17 (c)  
**§341(a) Meeting Date:** 03/02/17  

**Period Ending:** 07/05/18  

**Claims Bar Date:** 07/14/17  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| | Notice of abandonment filed (Dkt 78; effective 3-31-17) | | | | |
| 9 | 835 Dry Creek Road, SJ<br>   Vacant lot; APN 412-26-026<br>This lot is also referred to as 0 Dry Creek Road, Parcel A<br>Order approving sale (Dkt. 174); Report of Sale (Dkt. 175) | 1,449,103.28 | 231,968.28 | | 1,200,000.00 | FA |
| 10 | 925 El Rio Dr., San Jose<br>   SFR; APN 439-51-025<br>Liens exceed value<br>No equity for creditors<br>Notice of abandonment filed (Dkt 78; effective 3-31-17) | 1,127,579.76 | 0.00 | OA | 0.00 | FA |
| 11 | 929 El Rio Dr., San Jose<br>   Liens exceed value; No equity for creditors<br>Notice of abandonment filed (Dkt 78; effective 3-31-17) | 1,210,137.45 | 0.00 | OA | 0.00 | FA |
| 12 | 2509 Lansford, San Jose<br>   Debtor entered into contract with buyer prior to petition date; buyers occupied property<br>7-26-17 order approving sale and compromise (Dkt 156)<br>8-15-17 Report of Sale (Dkt 169) | 1,890,670.72 | 412,995.72 | | 1,875,000.00 | FA |
| 13 | Wells Fargo DIP account (u) | 117.12 | 117.12 | | 117.12 | FA |
| 14 | Refund re pre-petition eviction (re Locke) (u)<br>   Per email of 5-15-17 from attorney at Zieve Brodnax & Steele LLP, funds received from Court re prior eviction on behalf of Sterling Peak LLC re Scotts Valley property. Instruction provided for remitting of funds to estate.<br>Funds received 5-24-17 | 325.00 | 325.00 | | 325.00 | FA |
| 15 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Settlement re sharing of overfunded sale costs (u)<br>   Settlement with junior lender provides for 50-50 sharing of excess funding amount re closing costs associated with its credit bid on Floyd and Ringwood properties | 0.00 | 14,102.13 | | 14,102.13 | FA |

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-53243-MEH  
**Case Name:** STERLING PEAK, LLC

**Trustee:** (001750) Doris A. Kaelin  
**Filed (f) or Converted (c):** 02/10/17 (c)  
**§341(a) Meeting Date:** 03/02/17

**Period Ending:** 07/05/18

**Claims Bar Date:** 07/14/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Order approving compromise (Dkt 154)<br>Order approving sale of Ringwood (Dkt 157)<br>Order approving sale of Floyd (Dkt 155)<br>Overfunding amounts are reflected on Final Closing Settlement Statements attached to Reports of Sale: Floyd (asset #7): $4,129.98; Report of Sale (Dkt. 162) Ringwood (asset #5): $9,991.65; Report of Sale (Dkt. 163) | | | | | |
| 17 | Refund from San Lorenzo Valley Water District (u)<br>Refund issued by San Lorenzo Valley Water District (received by trustee 12-21-17 from Debtor) | 0.00 | 117.03 | | 117.03 | FA |
| 18 | Refund County of Santa Cruz Tax Collector (u)<br>Refund check received from Debtor on 12-21-17 issued by tax collector for Santa Cruz County (not scheduled) | 0.00 | 77.90 | | 77.90 | FA |
| 18 | Assets Totals (Excluding unknown values) | $11,304,955.53 | $1,743,763.99 | | $7,529,837.81 | $0.00 |

**Major Activities Affecting Case Closing:**

11/15/16 case filed under chapter 11 of Bankruptcy Code

2/10/17 Order converting case to chapter 7; review case for time sensitive matters; investigating equity in real property and pursuit of potential avoidance actions; confirmation of insurance on properties requested

2/22/17 motion by Debtor to reconsider order converting case (Dkt 73)

2/26/17 insurance on three lots is paid monthly; contact with lenders to pay insurance and fence for Ringwood property

3/2/17 Order denying debtor's motion for reconsideration of order converting case

3/16/17 notice of abandonment mailed re Union and El Rio properties; awaiting documents from Debtor and NPI to finalize analysis of potential equity in remaining properties and avoidance of liens

3/28/17 following 341 meeting, discussions with RP and counsel, review of documents and analysis of NPI junior liens, the NPI liens appear avoidable. The various properties are vacant and there are potential liability issues. Time is of the essence to get the properties sold if marketing results in offers that will realize equity beyond the undisputed liens. Trustee has signed the employment papers for Intero to proceed

4/5/17 review draft complaint v NPI

4/13/17 amended order to be uploaded that removes the Lansford property from the Intero employment application. Settlement terms discussed with the Settis for basis to move forward with Lansford sale

4/14/17 NPI has filed objection to employment of Intero; counsel will request hearing on objection (earliest date is 5/5 between counsel's schedules). Ms. Cheng will stipulate to her claim on Lansford being unsecured

4/26/17 Arch/NPI agrees to pay insurance for Floyd and Dry Creek Lot C

4/28/17 calls with City re removal of unauthorized occupants at Floyd property and evaluate measures to be taken; review opposition briefs re RFS motions and

Exhibit 8

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-53243-MEH  **Trustee:** (001750) Doris A. Kaelin
**Case Name:** STERLING PEAK, LLC  **Filed (f) or Converted (c):** 02/10/17 (c)
  **§341(a) Meeting Date:** 03/02/17
**Period Ending:** 07/05/18  **Claims Bar Date:** 07/14/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

objection to employment of realtor

5/2/17 meeting at Floyd Street property with City of San Jose Code Enforcement and SJPD; 13 vehicles on property illegally; trustee to investigate process/cost for removal.  All unauthorized persons were previously removed from the property and the property is secured with a chain and padlock.

5/15/17 Debtor does not have keys for Versailles and Floyd-agent will have locksmith change locks

6/22/17 settlement reached with senior and junior lenders (Arch and NPI entities) subject to Court approval. Will resolve all issues in the Adversary Proceeding and allow all properties to be sold upon Court approval.

7/14/17 extended bar date for claims (Order; Dkt 131)

6/27/17 Buyer on Floyd has elected right to cancel contract based on overbid and do not want to spend more resources towards development of property

7/20/17 order entered authorizing employment of Intero Real Estate re Lansford property (Dkt. 150)

7/26/17 all sale orders and compromise orders have been entered-agent notified to obtain certified orders (Dkt. 152 through 157); counter offer was made re Dry Creek.

7/25/17 counteroffer on Dry Creek accepted at $1.2M; 14 day contingency period

8/5/17 receive and receipt wires for Floyd and Ringwood; agent confirms contingencies removed on Dry Creek; Reports of Sale filed for Ringwood and Floyd

8/11/17 sales have closed on Lansford and Versailles; utlities accounts previously opened have been closed

8/14/17 Locke has not yet closed; receive email of incoming wires for Lansford and Versailles

9/8/17 Order entered re sale of Dry Creek; Agent obtaining estimates for removal of debris, including soil and concrete dumped on property (tractor has been removed).  Order authorizes $5,000 to be paid towards removal.  Closing anticipated within 15 days

9/21/17 escrow signing Dry Creek property

9/25/17 Rabo Bank notification of receipt of wire re Dry Creek lot; file Report of Sale; Trustee review of claims; NPI to amend POC 17; Arch to withdraw POC 12, 16; Tager POC 6 to be withdrawn as Trustee abandoned the asset

9/27/17 Order granting stipulation to dismiss adversary proceeding #17-05041 v. NPI based on settlement

9/28/17 AP #17-5041 closed; Arch withdrawal of POCs 11, 12, 13 (Dkt 176), POCs 14,15 (Dkt 177); NPI II withdrawal of POC 16 (Dkt 178)

10/15/17 review amended NPI claim and update case; work on objections to claims

10/26/17 discuss preparation of estate tax returns with accountant

11/7/17 Reports of Sale with final closing statements sent to Lori Greymont for single member LLC for her tax reporting

11/9/17 Objections filed re POC number 6, 18-23

12/13/17 orders entered sustaining objections to claims 6, 18-21

12/20/17 order entered sustaining objection to claim 22

1/8/18 accountant has prepared estate tax returns; the 2017 claim is a chapter 11 admin claim-FTB will file a POC

2/7/18 Trustee has received refund of $49.32 from Cornerstone Title in amount of $49.32 representing overpaid interest to Hua Cheng re lien on the Versailles property.  The remaining 50% was paid to NPI

per agreement/Court order.  .  Review and sign fee application of Gordon & Rees

2/8/18 file amended Report of Sale for Versailles property (with updated closing statement showing refund of overpaid interest). Case ready for TFR

2/11/18 submit TFR

2/15/18 revise TFR and NFR to include late filed POC #26 filed today

3/23/18 call with Lindy Roofing in response to email. She did not see their name on the final report but missed it. Trustee explained that distributions are pro rated and Lindy Roofing is listed.  Trustee informed her that checks will be issued upon approval of the final report

3/27/18 review late filed POC 27; discuss handling of claim with Trustee Poonja. Trustee to apprise court at hearing of late filed claim that will be included in the TDR

Exhibit 8

Page: 5

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-53243-MEH  **Trustee:** (001750) Doris A. Kaelin
**Case Name:** STERLING PEAK, LLC  **Filed (f) or Converted (c):** 02/10/17 (c)
  **§341(a) Meeting Date:** 03/02/17
**Period Ending:** 07/05/18  **Claims Bar Date:** 07/14/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

3/29/18 Hearing on TFR and fee applications. Court approves Trustee's inclusion of late filed claim on TDR; all fee applications approved.
4/2/18 Orders entered on fee applications; distributions can be issued
4/13/18 Court has not received small distribution check #117 and requests that Trustee put stop payment on the check and reissue the check. Replacement check #120 sent to updated address for the Court. Trustee has notified Rabo Bank of the stop payment.
4/30/18 contact Livewire Electric Services to confirm it received the distribution check mailed on 4/3/18
6/13/18 zero bank statement received; prepare TDR

**Initial Projected Date Of Final Report (TFR):** August 31, 2018  **Current Projected Date Of Final Report (TFR):** February 11, 2018 (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 16-53243-MEH  
**Case Name:** STERLING PEAK, LLC  

**Taxpayer ID #:** **-***7267  
**Period Ending:** 07/05/18  

**Trustee:** Doris A. Kaelin (001750)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1066 - Checking Account  
**Blanket Bond:** $64,276,124.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/28/17 | {13} | Wells Fargo Bank N.A. | Balance of DIP funds paid by Debtor | 1290-000 | 117.12 | | 117.12 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 107.12 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 97.12 |
| 05/24/17 | {14} | Zieve, Brodnax & Steel, LLP IOLTA | Fund from the Santa Cruz Superior Court re unlawful detainer action filed re Scotts Valley real property | 1229-000 | 325.00 | | 422.12 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 412.12 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 402.12 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 392.12 |
| 08/04/17 | | Cornerstone Title Company | Net proceeds re sale of 1707 Ringwood Ave, SJ | | 246,079.00 | | 246,471.12 |
| | {5} | | Gross proceeds re sale of Ringwood property    1,305,000.00 | 1110-000 | | | 246,471.12 |
| | | | Buyer purchase subject to senior lien NPI Debt Fund II. LLP    -719,542.47 | 4110-002 | | | 246,471.12 |
| | | | Buyer credit bid amount per agreement    -251,079.00 | 4110-002 | | | 246,471.12 |
| | | | Listing commission 2.5%    -32,625.00 | 3510-000 | | | 246,471.12 |
| | | | Costs of sale    -10,119.95 | 2500-000 | | | 246,471.12 |
| | | | Real property taxes    -25,063.78 | 4700-000 | | | 246,471.12 |
| | | | Post-petition property taxes    -507.49 | 2820-000 | | | 246,471.12 |
| | | | Excess funding amount to Buyer per agreement    -9,991.66 | 8500-002 | | | 246,471.12 |
| | | | Excess funding amount to estate per agreement (see Asset #16)    -9,991.65 | 8500-002 | | | 246,471.12 |
| 08/04/17 | {16} | Cornerstone Title Company | 50% of overfunded amount to estate per Agreement; Orders (Dkt 154, 157) | 1249-000 | 9,991.65 | | 256,462.77 |
| 08/04/17 | | Cornerstone Title Company | Net proceeds re sale of 390 Floyd Street, SJ | | 89,000.00 | | 345,462.77 |
| | {7} | | Gross sale price Floyd Property    1,455,000.00 | 1110-000 | | | 345,462.77 |
| | | | Buyer's purchase subject to lien of Arch Loans SPE, LLC    -1,194,674.18 | 4110-002 | | | 345,462.77 |
| | | | Credit bid of buyer per agreement    -94,000.00 | 4110-002 | | | 345,462.77 |

Subtotals : $345,512.77   $50.00

{} Asset reference(s)

Case: 16-53243   Doc# 231   Filed: 07/06/18   Entered: 07/06/18 08:54:57   Page 13 of 18

Printed: 07/05/2018 03:23 PM   V.14.03

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 16-53243-MEH  
**Case Name:** STERLING PEAK, LLC

**Taxpayer ID #:** **-***7267  
**Period Ending:** 07/05/18

**Trustee:** Doris A. Kaelin (001750)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1066 - Checking Account  
**Blanket Bond:** $64,276,124.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | 2.5% realtor commission to Intero | -36,375.00 | 3510-000 | | | 345,462.77 |
| | | | Closing costs | -10,986.00 | 2500-000 | | | 345,462.77 |
| | | | Real property taxes | -21,584.86 | 4700-000 | | | 345,462.77 |
| | | | Reimbursement of Andy Buchanan for locksmith charge (Order, Dkt 161) | -159.00 | 2420-000 | | | 345,462.77 |
| | | | Excess buyer funding amount, 1/2 refunded to buyer per agmt | -4,110.48 | 8500-002 | | | 345,462.77 |
| | | | Excess buyer funding amount to estate (see Asset 16) | -4,110.48 | 8500-002 | | | 345,462.77 |
| 08/04/17 | {16} | Cornerstone Title Company | 50% of overfunded closing amounts to estate per agreement (Orders Dkt 154, 155) | | 1249-000 | 4,110.48 | | 349,573.25 |
| 08/14/17 | | Cornerstone Title Company | Net proceeds re sale of Versailles | | | 53,877.81 | | 403,451.06 |
| | {3} | | Contract sale price | 770,000.00 | 1110-000 | | | 403,451.06 |
| | | Arch CBT SPE, LLC | Loan payoff Arch CBT SPE, LLC per Order, Dkt 154) | -515,794.56 | 4110-000 | | | 403,451.06 |
| | | | Loan payoff Hua Cheng per payoff demand | -87,009.44 | 4110-000 | | | 403,451.06 |
| | | NPI Debt Fund I, LP | Loan payoff per settlement (Dkt 154) | -53,877.81 | 4110-000 | | | 403,451.06 |
| | | Alameda County Tax Collector | 2016/17 property taxes | -3,261.87 | 4110-000 | | | 403,451.06 |
| | | Alameda County Tax Collector | 2017/18 property taxes | -11,263.58 | 4110-000 | | | 403,451.06 |
| | | | Intero Real Estate commission shared 50/50 with buyer agent | -38,500.00 | 3510-000 | | | 403,451.06 |
| | | | Reimbursement to Andy Buchanan for locksmith and cleanup | -743.98 | 2420-000 | | | 403,451.06 |
| | | | Closing costs | -5,670.95 | 2500-000 | | | 403,451.06 |
| 08/14/17 | | Cornerstone Title Company | Net proceeds re sale of Lansford | | | 213,304.44 | | 616,755.50 |
| | {12} | | Contract sale price | 1,875,000.00 | 1110-000 | | | 616,755.50 |
| | | | Credit to buyer per settlment (Order Dkt 156) | -30,000.00 | 8500-002 | | | 616,755.50 |

Subtotals : $271,292.73 $0.00

{} Asset reference(s)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 16-53243-MEH | | Trustee: | Doris A. Kaelin (001750) |
|---|---|---|---|---|
| Case Name: | STERLING PEAK, LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******1066 - Checking Account |
| Taxpayer ID #: | **-***7267 | | Blanket Bond: | $64,276,124.00 (per case limit) |
| Period Ending: | 07/05/18 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | Arch Loans SPE, LLC | Loan payoff to Arch Loan SPE, LLC per agreement (Order, Dkt 154) | -1,272,040.00 | 4110-000 | | | 616,755.50 |
| | | Mark East | Loan payoff per payment demand | -214,872.76 | 4110-000 | | | 616,755.50 |
| | | NPI Debt Fund I, LP | Loan payoff per settlement (Order, Dkt 154); 30% of net proceeds | -91,416.19 | 4110-000 | | | 616,755.50 |
| | | | Intero Real estate fixed commission | -7,500.00 | 3510-000 | | | 616,755.50 |
| | | | Property taxes | -33,618.48 | 4700-000 | | | 616,755.50 |
| | | | Property taxes | -2,620.93 | 2820-000 | | | 616,755.50 |
| | | | Costs of sale | -9,627.20 | 2500-000 | | | 616,755.50 |
| 08/16/17 | | Cornerstone Title Company | Net proceeds re sale of Locke property | | | 80,684.52 | | 697,440.02 |
| | {4} | | Contract sales price | 910,000.00 | 1110-000 | | | 697,440.02 |
| | | Arch CBT SPE, LLC | Loan payoff to Arch Loan SPE, LLC per agreement (Order, Dkt 154) | -708,687.42 | 4110-000 | | | 697,440.02 |
| | | NPI Debt Fund I, LP | Loan payoff per agreement (Dkt 154) | -80,684.51 | 4110-000 | | | 697,440.02 |
| | | | Intero Real Estate commission | -22,750.00 | 3510-000 | | | 697,440.02 |
| | | | Real property taxes | -10,869.88 | 4700-000 | | | 697,440.02 |
| | | | Pro rated real property taxes | -1,171.92 | 2820-000 | | | 697,440.02 |
| | | | Closing costs | -3,429.95 | 2500-000 | | | 697,440.02 |
| | | | Reimburse Andy Buchanan re hauling and locksmith (per Order, Dkt 152) | -744.75 | 2420-000 | | | 697,440.02 |
| | | | San Lorenzo Valley Water District lien | -977.05 | 4120-000 | | | 697,440.02 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 728.44 | 696,711.58 |
| 09/22/17 | | Cornerstone Title company | Net proceeds re sale of Dry Creek Road parcel | | | 11,407.76 | | 708,119.34 |
| | {9} | | Contract sales price | 1,200,000.00 | 1110-000 | | | 708,119.34 |
| | | Arch Loans SPE, LLC | Loan payoff to Arch per settlement (Order, Dkt | -1,097,008.57 | 4110-000 | | | 708,119.34 |

| | | | | Subtotals : | $92,092.28 | $728.44 | |

{} Asset reference(s)

Case: 16-53243    Doc# 231    Filed: 07/06/18    Entered: 07/06/18 08:54:57    Page 15 of 18

Printed: 07/05/2018 03:23 PM    V.14.03

Exhibit 9
Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 16-53243-MEH | **Trustee:** Doris A. Kaelin (001750) |
| **Case Name:** STERLING PEAK, LLC | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******1066 - Checking Account |
| **Taxpayer ID #:** **-***7267 | **Blanket Bond:** $64,276,124.00  (per case limit) |
| **Period Ending:** 07/05/18 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | 154) | | | | |
| | | NPI Debt Fund I, LP | 1/2 net proceeds to NPI on 2nd deed of trust per settlement (Order Dkt 154)   -11,407.76 | 4110-000 | | | 708,119.34 |
| | | | Seller realtor commission - Intero Real Estate   -30,000.00 | 3510-000 | | | 708,119.34 |
| | | | Costs of sale   -7,406.95 | 2500-000 | | | 708,119.34 |
| | | | Pro rated real property taxes   -3,336.38 | 2820-000 | | | 708,119.34 |
| | | | Real property taxes   -34,432.58 | 4700-000 | | | 708,119.34 |
| | | | Cost to remove debris to Estrada Transport   -5,000.00 | 2420-000 | | | 708,119.34 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 972.54 | 707,146.80 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,084.93 | 706,061.87 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,015.56 | 705,046.31 |
| 12/21/17 | {18} | County of Santa Cruz Auditor-Controller-Treasurer-Tax Collec | Unscheduled tax refund; check dated 8-10-17, received by Trustee from Debtor on 12-21-17 | 1224-000 | 77.90 | | 705,124.21 |
| 12/21/17 | {17} | San Lorenzo Valley Water District | Check dated 11-22-17, received by Trustee 12-21-17 from Debtor | 1221-000 | 117.03 | | 705,241.24 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 980.36 | 704,260.88 |
| 01/06/18 | 101 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2018 FOR CASE #16-53243, 2018 pro rated bond; Bond No. 016048574 | 2300-000 | | 230.72 | 704,030.16 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,114.06 | 702,916.10 |
| 02/07/18 | | Cornerstone Title Company/Union LA AKA UBOC | Refund to estate by title company for overpaid interest to lien holder Hua Cheng (split with NPI per agreement/orders) | | 49.32 | | 702,965.42 |
| | {3} | | Refund by title company of 4 days of overpaid interest to Hua Cheng   98.63 | 1110-002 | | | 702,965.42 |
| | | NPI Debt Fund I, LP | 50% of refund paid to NPI per Orders (Dkt 153, 154)   -49.31 | 4110-002 | | | 702,965.42 |
| 04/02/18 | 102 | Office of the United States Trustee | Dividend paid 100.00% on $650.00, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 | | 650.00 | 702,315.42 |
| 04/02/18 | 103 | FRANCHISE TAX BOARD | Dividend paid 100.00% on $900.11, Other | 2820-000 | | 900.11 | 701,415.31 |

| | | Subtotals : | $244.25 | $6,948.28 | |
|---|---|---|---|---|---|
| {} Asset reference(s) | | | | Printed: 07/05/2018 03:23 PM | V.14.03 |

Case: 16-53243    Doc# 231    Filed: 07/06/18    Entered: 07/06/18 08:54:57    Page 16 of 18

Exhibit 9

Page: 5

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 16-53243-MEH | | Trustee: | Doris A. Kaelin (001750) |
|---|---|---|---|---|
| Case Name: | STERLING PEAK, LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******1066 - Checking Account |
| Taxpayer ID #: | **-***7267 | | Blanket Bond: | $64,276,124.00   (per case limit) |
| Period Ending: | 07/05/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | (ADMINISTRATIVE) | State or Local Taxes (post-petition, incl. post-petition real est. taxes);  Reference: | | | | |
| 04/02/18 | 104 | The Law Offices of Todd Rothbard | Dividend paid  8.96% on $5,985.00; Claim# 2; Filed: $5,985.00; Reference: | 7100-000 | | 536.63 | 700,878.68 |
| 04/02/18 | 105 | The Beekman Group, Inc. dba Saratoga Builders | Dividend paid  8.96% on $20,221.13; Claim# 5; Filed: $20,221.13; Reference: | 7100-000 | | 1,813.08 | 699,065.60 |
| 04/02/18 | 106 | Bjork Construction Co., Inc. | Dividend paid  8.96% on $9,240.00; Claim# 7; Filed: $9,240.00; Reference: | 7100-000 | | 828.48 | 698,237.12 |
| 04/02/18 | 107 | Lindy Roofing Co., Inc. | Dividend paid  8.96% on $3,050.00; Claim# 9; Filed: $3,050.00; Reference: | 7100-000 | | 273.47 | 697,963.65 |
| 04/02/18 | 108 | Hua Cheng | Dividend paid  8.96% on $85,304.11; Claim# 10; Filed: $85,304.11; Reference: | 7100-000 | | 7,648.57 | 690,315.08 |
| 04/02/18 | 109 | NPI Debt Fund I, LP | Dividend paid  8.96% on $4,676,648.32; Claim# 17U; Filed: $4,676,648.32; Reference: | 7100-000 | | 419,319.62 | 270,995.46 |
| 04/02/18 | 110 | Livewire Electric Services Inc. | Dividend paid  8.96% on $8,380.06; Claim# 18; Filed: $8,380.06; Reference: | 7100-000 | | 751.38 | 270,244.08 |
| 04/02/18 | 111 | Lourenco Construction | Dividend paid  8.96% on $9,250.00; Claim# 19; Filed: $9,250.00; Reference: | 7100-000 | | 829.38 | 269,414.70 |
| 04/02/18 | 112 | World Class Drywall, Inc. | Dividend paid  8.96% on $4,160.00; Claim# 20; Filed: $4,160.00; Reference: | 7100-000 | | 373.00 | 269,041.70 |
| 04/02/18 | 113 | Jorge Brasil | Dividend paid  8.96% on $12,050.00; Claim# 21; Filed: $12,050.00; Reference: | 7100-000 | | 1,080.43 | 267,961.27 |
| 04/02/18 | 114 | Maximum Construction Inc. | Dividend paid  8.96% on $32,898.50; Claim# 22; Filed: $32,898.50; Reference: | 7100-000 | | 2,949.76 | 265,011.51 |
| 04/02/18 | 115 | Smart Roots Landscape and Gardening | Dividend paid  8.96% on $5,375.00; Claim# 23; Filed: $5,375.00; Reference: | 7100-000 | | 481.94 | 264,529.57 |
| 04/02/18 | 116 | Doris A. Kaelin | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 179,831.36 | 84,698.21 |
| | | | Dividend paid 100.00%       179,615.70 on $179,615.70;  Claim# ; Filed: $179,615.70 | 2100-000 | | | 84,698.21 |
| | | | Dividend paid 100.00%       215.66 on $215.66;  Claim# ; Filed: $215.66 | 2200-000 | | | 84,698.21 |
| 04/02/18 | 117 | U.S. Bankruptcy Court | COMBINED SMALL CHECK Stopped on 04/13/18 | 5800-000 | | 3.38 | 84,694.83 |
| 04/02/18 | 118 | Gordon & Rees LLP | Combined Check for Claims#et_al. | | | 75,444.03 | 9,250.80 |
| | | | Dividend paid 100.00%       73,980.00 | 3110-000 | | | 9,250.80 |

Subtotals :                     $0.00        $692,164.51

{} Asset reference(s)

Exhibit 9

Page: 6

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 16-53243-MEH | **Trustee:** Doris A. Kaelin (001750) |
| **Case Name:** STERLING PEAK, LLC | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******1066 - Checking Account |
| **Taxpayer ID #:** **-***7267 | **Blanket Bond:** $64,276,124.00 (per case limit) |
| **Period Ending:** 07/05/18 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | on $73,980.00; Claim# ;<br>Filed: $73,980.00 | | | | |
| | | | Dividend paid 100.00%    1,464.03<br>on $1,464.03; Claim# ;<br>Filed: $1,464.03 | 3120-000 | | | 9,250.80 |
| 04/02/18 | 119 | Kokjer, Pierotti, Maiocco & Duck LLP | Combined Check for Claims#et_al. | | | 9,250.80 | 0.00 |
| | | | Dividend paid 100.00%    9,210.00<br>on $9,210.00; Claim# ;<br>Filed: $9,210.00 | 3410-000 | | | 0.00 |
| | | | Dividend paid 100.00%    40.80<br>on $40.80; Claim# ;<br>Filed: $40.80 | 3420-000 | | | 0.00 |
| 04/13/18 | 117 | U.S. Bankruptcy Court | COMBINED SMALL CHECK<br>Stopped: check issued on 04/02/18 | 5800-000 | | -3.38 | 3.38 |
| 04/13/18 | 120 | United States Bankruptcy Court | Combined small check (replacement check for #117) | 5800-000 | | 3.38 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 709,142.03 | 709,142.03 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 709,142.03 | 709,142.03 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$709,142.03** | **$709,142.03** | |

| | |
|---|---|
| Net Receipts : | 709,142.03 |
| Plus Gross Adjustments : | 6,820,695.78 |
| Less Other Noncompensable Items : | 2,317,647.86 |
| Net Estate : | $5,212,189.95 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ******1066 | 709,142.03 | 709,142.03 | 0.00 |
| | $709,142.03 | $709,142.03 | $0.00 |

{} Asset reference(s)